1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 "I" Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Petitioner
   DANNY C. HARE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY C. HARE, | ) |
| | ) No. CIV S-06-2758 GEB CMK |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| TOM L. CAREY, | ) |
| | ) |
| Respondent. | ) |

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Johanna D. Hoffmann shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

DATED: January 29, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE