IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY CHARLES HARE,

    Petitioner,                                      No. CIV S-06-2758 GEB CMK P

    vs.

TOM CAREY, et al.,

    Respondents.                               <u>ORDER</u>

_____/

        Petitioner filed a petition for a writ of habeas corpus on December 6, 2006. By orders filed January 3, 2007 and January 4, 2007, the court ordered that respondents file an answer to petitioner's habeas application within forty-five days and also ordered that the federal public defender be appointed to represent petitioner. (Docs. 5 &7.) The order appointing counsel, directed the parties to file status reports by February 9, 2007. In his status report, petitioner was directed to, among other things, discuss possible future amendments to the pleadings.

///

///

///

///

1

1  In light of the possibility of future amendments, the court will relieve respondents
2  of their obligation to file an answer by February 19, 2007.  Instead, after petitioner files his status
3  report, which should clarify the need for any amendment to the petition or enumeration and
4  resolution of unexhausted claims, the court will make further orders for respondent to file an
5  answer.
6  IT IS ORDERED that:
7  1. Respondents are relieved of their obligation to file an answer by February 19,
8  2007.
9  2. Following petitioner's filing of his status report, the court will make further
10 orders for respondent to file an answer.

DATED:  February 6, 2007.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE