IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY CHARLES HARE,

    Petitioner,                      No. CIV S-06-2758 GEB CMK P

    vs.

TOM CAREY, et al.,

    Respondents.               <u>ORDER</u>

_____/

        Petitioner has filed a status report, pursuant to the court's order.  Petitioner requests 120 days to obtain and review all underlying records and to either (1) file a memorandum of points and authorities in support of the existing petition; (2) file an amended petition proceeding on exhausted claims only; or (3) a statement identifying both exhausted and unexhausted claims, together with a petition containing only those claims which are exhausted and a request to hold the petition in abeyance while the additional claims are exhausted.

///
///
///
///
///

1

IT IS ORDERED that:

1. Petitioner is granted 120 days to either (1) file a memorandum of points and authorities in support of the existing petition; (2) file an amended petition proceeding on exhausted claims only; or (3) a statement identifying both exhausted and unexhausted claims, together with a petition containing only those claims which are exhausted and a request to hold the petition in abeyance while the additional claims are exhausted.

2. Respondents shall file an answer within 45 days of petitioner filing either a memorandum of points and authorities in support of the existing petition or an amended petition proceeding on exhausted claims only.

DATED: February 13, 2007.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE