IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY CHARLES HARE, | No. CIV S-06-2758-GEB-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| THOMAS CAREY, et al., | |
| Respondents. | |
| _____/ | |

       Petitioner, a state prisoner, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's application for leave to proceed in forma pauperis (Doc. 21).  Petitioner's first application for leave to proceed in forma pauperis (Doc. 19) was not properly received by the court due to an error in the electronic filing. Petitioner has remedied that error by filing the new application.  However, petitioner's new application is not complete.

       Petitioner's application does have the certificate paragraph on the application completed by an authorized officer of the prison.  However, in addition to the certificate paragraph, the application must contain an inmate trust account statement, certified by the prison. A ". . . certification from the warden or other appropriate officer of the place of confinement

1

1  showing the amount of money or securities that the petitioner has in any account in the
2  institution" is required by Rule 3(a)(2) of the Federal Rules Governing Section 2254 Cases.
3  Petitioner will be provided the opportunity to submit the required certified trust account
4  statement.  Petitioner and counsel are warned that until petitioner is granted in forma pauperis
5  status, no attorney fees will be paid.  failure to comply with this order may result in the dismissal
6  of this action.  See Local Rule 11-110.
7       Accordingly, IT IS HEREBY ORDERED that petitioner shall submit within 30
8  days of the date of this order, a complete application and certification as required by Rule 3(a)(2).

10 DATED:  August 23, 2007.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE