**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANNY CHARLES HARE, | 2:06-cv-2758-GEB-CMK-P |
| Petitioner, | |
| vs. | |
| THOMAS CAREY, et al., | |
| Respondents. | |
| _____/ | |
| DANNY CHARLES HARE, | No. CIV S-06-2759-FCD-DAD-P |
| Petitioner, | |
| vs. | <u>RELATED CASE ORDER</u> |
| THOMAS CAREY, et al., | |
| Respondents. | |
| _____/ | |

      Petitioner, a state prisoner, brings these petitions for writs of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's request to consolidate cases (Doc. 18).

1

1    There is no authority in the Eastern District of California Local Rules for an order
2 consolidating cases.  Therefore, the court will construe this request as a request for a related case
3 order pursuant to Local Rule 83-123(a) (2005).
4    According to Local Rule 83-123, cases may be reassigned to the same Judge or
5 Magistrate Judge in the following situations: (1) the actions involve the same parties and are
6 based on the same or similar claims; (2) the actions involve the same transaction or event; (3) the
7 actions involved similar questions of fact and the same question of law and their assignment to
8 the same Judge is likely to effect a substantial savings of judicial effort; or (4) for any other
9 reasons, if it would entail substantial duplication of labor if the actions were heard by different
10 Judges.
11    Examination of the above-entitled actions reveals that these cases are related
12 within the meaning of Local Rule 83-123(a).  Both actions involve the same parties and are based
13 on the same or similar claims, and both actions involve the same transaction.   Accordingly,
14 assignment of the matters to the same judge is likely to effect a substantial savings of judicial
15 effort and is also likely to be convenient for the parties.
16    The parties should be aware that relating the cases under Local Rule 83-123
17 merely has the result that the actions are assigned to the same judge; no consolidation of the
18 actions is effected.  Under the regular practice of this court, related cases are generally assigned
19 to the judge and magistrate judge to whom the first filed action was assigned.
20    Accordingly, IT IS ORDERED that the action denominated as Case No. 2:06-cv-
21 2759-FCD-DAD-P is reassigned to Judge Garland E. Burrell, Jr. and Magistrate Judge Craig M.
22 Kellison for all further proceedings.  Henceforth, the caption on documents filed in the
23 reassigned case shall be shown as No. 2:06-cv-2759-GEB-CMK.
24    IT IS FURTHER ORDERED that the Clerk of the Court make appropriate
25 //
26 //

adjustment in the assignment of civil cases to compensate for this reassignment.

Dated:  August 30, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge