IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY CHARLES HARE,                      No. CIV S-06-2758-GEB-CMK-P

    Petitioner,

  vs.

THOMAS CAREY, et al.,

    Respondents.

                             /

DANNY CHARLES HARE,                      No. CIV S-06-2759-FCD-DAD-P

    Petitioner,

  vs.                                    ORDER

THOMAS CAREY, et al.,

    Respondents.

                             /

        Petitioner, a state prisoner, brings these petitions for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. These two cases have been related.[1] Pending before the court is

---

[1] In case 06-2758, see doc. 23; in case 06-2759, see doc. 6.

1

petitioner's request for leave to proceed in forma pauperis in case 06-2758 (Docs. 21 and 25).

Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that petitioner is unable to prepay costs or give security therefor. Petitioner's motion for leave to proceed in forma pauperis will be granted, and will be granted in both related cases.

The court previously examined the petition in 06-2758, as required by Rule 4 of the Federal Rules Governing Section 2254 Cases, and found it did not plainly appear from the petition and attached exhibits that petitioner was not entitled to relief. The court, having now examined the petition in 06-2759 as required by Rule 4, finds it does not plainly appear from the petition and any attached exhibits that petitioner is not entitled to relief in this case as well. See id. Normally, respondents would be directed to file a response to petitioner's petition. See id. However, in light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel in case 06-2759.[2] See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

In case 06-2759, Petitioner will have 60 days from the date of this order to: (1) file a memorandum of points and authorities in support of the existing petition; (2) file an amended petition proceeding on exhausted claims only; or (3) file a statement identifying both exhausted and unexhausted claims, together with a petition containing only those claims which are exhausted and a request to hold the petition in abeyance while the additional claims are exhausted.[3] Respondents will then have 45 days to file a response.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for leave to proceed in forma pauperis is granted in both cases;

2. Johanna Huffman is appointed to represent petitioner in case 06-2759;

---

[2] Petitioner has been appointed counsel in case 06-2758 already. See Doc. 7.

[3] Petitioner has already filed a supplemental memorandum of points and authorities, and respondents have filed a response in case 06-2758. See Docs. 20 and 24.

3. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of other documents in the file;

4. Petitioner has 60 days from the date of this order, in case 06-2759, to: (1) file a memorandum of points and authorities in support of the existing petition; (2) file an amended petition proceeding on exhausted claims only; or (3) file a statement identifying both exhausted and unexhausted claims, together with a petition containing only those claims which are exhausted and a request to hold the petition in abeyance while the additional claims are exhausted;

5. Respondents shall file a response within 45 days of petitioner's filing in case 06-2759; and

6. The Clerk of the Court shall serve a copy of this order, together with a copy of petitioner's petition for a writ of habeas corpus in case 06-2759 on Michael Patrick Farrell, Senior Assistant Attorney General and Attorney Johanna Huffman.

DATED: September 26, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE