IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY CHARLES HARE, | No. CIV S-06-2758-GEB-CMK-P |
| Petitioner, | |
| vs. | |
| THOMAS CAREY, et al., | |
| Respondents. | |
| _____/ | |
| DANNY CHARLES HARE, | No. CIV S-06-2759-FCD-DAD-P |
| Petitioner, | |
| vs. | ORDER |
| THOMAS CAREY, et al., | |
| Respondents. | |
| _____/ | |

      Petitioner, a state prisoner, brings these petitions for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court in case 07cv2759 is a request for additional time to determine how to proceed with this case.

/ / /

1

1       Good cause appearing, this request is granted.  Petitioner's time to determine how
2 to proceed with this case is enlarged to and including January 25, 2008.
3       IT IS SO ORDERED.
4  DATED:  November 29, 2007

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE